**Melvin Earl SWANSON, Sr.,
Plaintiff–Appellant,**

v.

**COUNTY OF PICKENS, Government;
John W. Dejong, Pickens County Public Defender, Defendants–Appellees.**

No. 02–6208.

United States Court of Appeals,
Fourth Circuit.

Submitted April 9, 2002.

Decided April 29, 2002.

Melvin Earl Swanson, Sr., Appellant Pro Se.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Melvin Earl Swanson, Sr., appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) complaint without prejudice. Because Swanson may refile his complaint to allege he has exhausted his state court remedies, we dismiss the appeal for lack of jurisdiction because the order is not a final, appealable order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*